**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BYONCA LOGAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Civ. Action No. 1:22-00237-KD-MU** |
| ) | |
| **CITY OF MOBILE and MICHAEL** ) | |
| **ISRAEL,** ) | |
| ) | |
| **Defendants.** ) | |

<u>**JUDGMENT**</u>

In accordance with the Order entered April 1, 2024, it is **ORDERED**, **ADJUDGED** and

**DECREED** that **JUDGMENT** is entered in favor of Defendants The City of Mobile,

Alabama and Micah Israel and against Plaintiff Byonca Logan.

**DONE** this the **1st** day of **April 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**