# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11365

_____

BYONCA LOGAN,

                                Plaintiff-Appellant,

*versus*

MICHAEL ISRAEL,

                                Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:22-cv-00237-KD-MU

_____

JUDGMENT

**ISSUED AS MANDATE 5/16/2025**

2　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　24-11365

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 17, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 5/16/2025

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 16, 2025

Clerk - Southern District of Alabama
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 24-11365-CC
Case Style: Byonca Logan v. City of Mobile, et al
District Court Docket No: 1:22-cv-00237-KD-MU

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate